UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVEDA TRAVIS-DANIEL,<br>Plaintiff,<br>-against-<br>STAFFING 101 GROUP LLC and PUBLIC CONSULTING GROUP LLC,<br>Defendants. | 26-CV- 9284 (DEH) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 10, 2026, Plaintiff timely served Defendants with copies of the summons and complaint. (ECF 8, 9.) Plaintiff is further directed to serve copies of the summons, complaint, and this Order on Defendants by mail at their last known physical addresses and email addresses by **November 17, 2026** and to file proof of such service on the docket by **November 17, 2026**.

DATED: November 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**